# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0696

_____

J. S., a child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Joshua Mahlon Hawkes, Judge.


June 22, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Megan Lynne Long and Jasmine Russell Dixon, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.